IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOANNA ERICKSON and
STEVEN ERICKSON, husband and
wife, and THE CHURCH WITHOUT LIMITS,
INC. d/b/a/ NO LIMITS LEARNING
ACADEMY, a Florida nor-for-profit company,

      Plaintiffs,

v.                                CASE NO.: 8:19-cv-845-EAK-TGW

MANATEE COUNTY SHERIFF'S
DEPARTMENT and the MANATEE
COUNTY CHILD PROTECTIVE SERVICES
 DIVISION OF THE MANATEE COUNTY
SHERIFF'S DEPARTMENT,

      Defendants.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, association of person, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        1.  Joanna Erickson, Plaintiff
        2.  Steven Erickson, Plaintiff
        3.  The Church Without Limits, Inc. d/b/a No Limits Learning Academy, Plaintiff
        4.  Manatee County Sheriff's Department, Defendant
        5.  Manatee county Child Protective Services Division of the Manatee County Sheriff's Department, Defendant

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.      The name of any other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**Dated:  May 20, 2019**

Respectfully Submitted

*/s/ David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No.:  067249

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of May, 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

*/s/Jack Gordon*
Jeffrey "Jack" L. Gordon, Esq.
Florida Bar No. 836760
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
J.Gordon@ManeyGordon.com

Counsel for Plaintiffs

*/s/ David Mitchell*
David Mitchell, Esq.
Florida Bar No.
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
d.mitchell@ManeyGordon.com
Co-Counsel for Plaintiffs


/s/ Felipe B. Fulgencio, Esq.
Felipe B. Fulgencio, Esq.
FULGENCIO LAW, PLLC
Florida Bar No. 95961
105 S. Edison Avenue
Tampa, FL 33609
Phone: 813.463.0123
Fax:    813.670.1288
Felipe@fulgenciolaw.com
Co-Counsel for Plaintiffs

*/s/ James C. Patterson*
James C. Patterson, Esq.
Florida Bar No.
1506 Little Brook Lane
Brandon, FL 33511
Telephone: (219) 384-4718
Fax: (813) 433-5208
Jamescpatterson1@gmail.com
Co-Counsel for Plaintiffs